Decided October 21, 1999

## ALEXANDER KURTI *v.* CAROLYN H. BECKER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 54 Conn. App. 335 (AC 17978), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Scott P. Birrell,* in support of the petition.

*Glory Martyn Lena,* in opposition.

Decided October 21, 1999

